UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN LEE GRIFFITH,

              Plaintiff,

   v.

PIERCE COUNTY JAIL, *et al.*,

              Defendants.

CASE NO. 3:22-CV-5557-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: December 23, 2022

      Plaintiff Brian Lee Griffith, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. After completing an initial screening of the Complaint, the Court issued an Order on September 23, 2022, declining to serve the Complaint but providing Plaintiff with leave to file an amended pleading by October 24, 2022 to cure the deficiencies. Dkt. 8. Plaintiff was notified his failure to comply with the Court's Order would result in the Court recommending dismissal of this case. *Id*. at 7.

      Plaintiff has failed to comply with the Court's September 23, 2022 Order. He has not filed an amended complaint to correct the deficiencies contained within the Complaint. As

REPORT AND RECOMMENDATION - 1

1  Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court
2  recommends this case be dismissed without prejudice.
3      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
4  Procedure, the parties shall have fourteen (14) days from service of this report to file written
5  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
6  objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C),
7  and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474
8  U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
9  omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the
10 matter for consideration on December 23, 2022, as noted in the caption.
11     Dated this 5th day of December, 2022.

David W. Christel
United States Magistrate Judge