UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN LEE GRIFFITH,

                 Plaintiff,

  v.

PIERCE COUNTY JAIL, *et al.*,

                 Defendants.

No. 3:22-CV-5557-JCC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. No. 9).

(2)     Plaintiff's claims are dismissed without prejudice for failure to respond to the Court's Order and to prosecute this case.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 5th day of January, 2023.

*[signature]*

John C. Coughenour
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1